| | | | |
|---|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | JS-6 |
| | CIVIL MINUTES - GENERAL | | |
| Case No. | CV 13-1894-DMG (CWx) | Date | August 15, 2013 |
| Title | Micah J. Foster  v. Strategic Acquisitions Inc., et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -  ORDER AND NOTICE TO PARTIES

On July 31, 2013, the Court ordered plaintiffs to show cause in writing, no later than August 14, 2013, why the above entitled action should not be dismissed for failure to prosecute, and failure to comply with the Court's order dated March 29, 2013.   To date, plaintiffs have not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.